Zachary Arbitman
**FELDMAN SHEPHERD**
**WOHLGELERNTER TANNER**
**WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333
zarbitman@feldmanshepherd.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE DREAMLAND BABY CO. WEIGHTED SLEEP PRODUCTS LITIGATION*,<br><br>This Document Relates To:<br>All Actions | Master File No. 3:24-CV-02996-CRB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed:   May 17, 2024 |

Defendant Dreamland Baby Co. ("Defendant") and Plaintiffs Victoria Monsch, Megan Fehrenbach, Tuliisa Miller, and Haley Muse (collectively, "Plaintiffs") (together, the "Parties"), through their respective counsel, stipulate as follows:

WHEREAS, the upcoming deadline for Defendant to respond to the Consolidated Complaint is September 23, 2024, pursuant to the Court's Order at ECF 27;

WHEREAS, the deadline for Plaintiffs to oppose a motion to dismiss the Consolidated Complaint is 14 days after the motion is filed, pursuant to Local Rule 7-3;

WHEREAS, the Parties have conferred and propose, subject to Court approval, to extend the deadline for Defendant to respond to the Consolidated Complaint to September 30, 2024 and to extend the deadline for Plaintiffs to oppose a motion to dismiss the Consolidated Complaint to 21 days following the filing of the motion;

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The deadline for Defendant to respond to the Consolidated Complaint is September 30, 2024.

2. The deadline for Plaintiff to oppose a motion to dismiss the Consolidated Complaint is November 18, 2024.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: August 28, 2024 | By:  /s/ *Scott E. Gant* |
| 2 | | SCOTT E. GANT (*appearing pro hac vice*) |
| | | BOIES SCHILLER FLEXNER LLP |
| 3 | | *sgant@bsfllp.com* |
| 4 | | 1401 New York Avenue, NW |
| | | Washington, DC  20005 |
| 5 | | Telephone: (202) 895-7566 |
| | | Facsimile: (202) 237-6131 |

JAMES W. LEE (*pro hac vice forthcoming*)
BOIES SCHILLER FLEXNER LLP
*jwlee@bsfllp.com*
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

SARAH JONES (SBN 347368)
*sjones@bsfllp.com*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Dreamland Baby Co.*

Dated:  August 28, 2024     By:   /s/ *Zachary Arbitman*
Zachary Arbitman *(appearing pro hac vice)*
George Donnelly *(appearing pro hac vice)*
FELDMAN SHEPHERD
WOHLGELERNTER TANNER
WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com


Bart D. Cohen, Esq.
BAILEY & GLASSER, LLP
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420
bcohen@baileyglasser.com

*Attorneys for Plaintiff Victoria Monsch*

Dated: August 28, 2024         By: /s/ *Benjamin Heikali*
                                   Benjamin Heikali
                                   TREEHOUSE LAW, LLP
                                   2121 Avenue of the Stars, Suite 2580
                                   Los Angeles, CA 90067
                                   Tel: (310) 751-5928
                                   bheikali@treehouselaw.com

                                   Melissa S. Weiner
                                   PEARSON WARSHAW, LLP
                                   328 Barry Avenue S., Suite 200
                                   Wayzata, MN 55391
                                   Tel: 612-389-0600
                                   Fax: 612-389-0610
                                   mweiner@pwfirm.com

                                   Rachel Soffin*
                                   MILBERG COLEMAN BRYSON
                                   PHILLIPS GROSSMAN PLLC
                                   800 S. Gay Street, Suite 1100
                                   Knoxville, TN 37929
                                   Tel: 865-247-0080
                                   rsoffin@milberg.com

                                   Harper T. Segui*
                                   MILBERG COLEMAN BRYSON PHILLIPS
                                   GROSSMAN, LLP
                                   825 Lowcountry Blvd., Suite 101
                                   Mt. Pleasant, SC 29464
                                   hsegui@milberg.com

                                   *Attorneys for Plaintiffs Megan Fehrenbach, Amy Alvarez, and Johannah Harrington*

Dated: August 28, 2024         By: /s/ *Ryan J. Clarkson*
                                   Ryan J. Clarkson (SBN 257074)
                                   rclarkson@clarksonlawfirm.com
                                   Bahar Sodaify (SBN 289730)
                                   bsodaify@clarksonlawfirm.com
                                   Alan Gudino (SBN 326738)
                                   agudino@clarksonlawfirm.com

3         MASTER FILE NO.: 3:24-CV-02996-CRB
STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE

|  |  |
|---|---|
|  | CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>*Attorneys for Plaintiff Tuliisa Miller* |
| Dated: August 28, 2024 | By:  /s/ *Nyran Rose Rasche*<br>Nyran Rose Rasche (pro hac vice anticipated)<br>Alex Lee (pro hac vice anticipated)<br>CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP<br>135 S. LaSalle, Suite 3210<br>Chicago, Illinois 60603<br>Telephone: (312) 782-4880<br>Facsimile: (312) 782-4485<br>nrasche@caffertyclobes.com<br>alee@caffertyclobes.com<br><br>*Attorneys for Plaintiff Haley Muse* |

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: August 28, 2024          By: */s/ Zachary Arbitman*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: August 28, 2024          _____
                                HON. CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE