**BOIES SCHILLER FLEXNER LLP**
Scott E. Gant (*appearing pro hac vice*)
*Sgant@bsfllp.com*
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 895-7566
Facsimile: (202) 237-6131

*Attorney for Defendant Dreamland Baby Co.*
*(Additional counsel listed on signature block)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE DREAMLAND BABY CO. WEIGHTED SLEEP PRODUCTS LITIGATION*,<br><br>This Document Relates To:<br>All Actions | Master File No. 3:24-CV-02996-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 17, 2024 |

Defendant Dreamland Baby Co. ("Defendant") and Plaintiffs Victoria Monsch, Megan Fehrenbach, Tuliisa Miller, Amy Alvarez, Johannah Harrington, and Haley Muse (collectively, "Plaintiffs") (together, the "Parties"), through their respective counsel, stipulate as follows:

WHEREAS, the Parties attended mediation on October 25, 2024;

WHEREAS, the Parties continue to engage in settlement discussions;

WHEREAS, the upcoming deadline for Defendant to respond to the Consolidated Complaint is November 25, 2024, pursuant to the Court's Order at ECF 47;

WHEREAS, the deadline for Plaintiffs to oppose a motion to dismiss the Consolidated Complaint is January 13, 2025, pursuant to the Court's Order at ECF 47;

WHEREAS, upcoming holidays and personal calendar conflicts among counsel have created scheduling issues;

WHEREAS, the Parties have conferred and propose, subject to Court approval, to extend the deadline for Defendant to respond to the Consolidated Complaint to January 10, 2025 and to extend the deadline for Plaintiffs to oppose a motion to dismiss the Consolidated Complaint to February 28, 2025;

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The deadline for Defendant to respond to the Consolidated Complaint is January 10, 2025.

2. The deadline for Plaintiffs to oppose a motion to dismiss the Consolidated Complaint is February 28, 2025.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2024 | By: /s/ Scott E. Gant |
| 2 | | SCOTT E. GANT (*appearing pro hac vice*) |
| | | BOIES SCHILLER FLEXNER LLP |
| 3 | | *sgant@bsfllp.com* |
| 4 | | 1401 New York Avenue, NW |
| | | Washington, DC  20005 |
| 5 | | Telephone: (202) 895-7566 |
| | | Facsimile: (202) 237-6131 |
| 6 | | |
| | | JAMES W. LEE (*appearing pro hac vice*) |
| 7 | | BOIES SCHILLER FLEXNER LLP |
| | | *jwlee@bsfllp.com* |
| 8 | | 100 SE Second Street, Suite 2800 |
| | | Miami, FL 33131 |
| 9 | | Telephone: (305) 539-8400 |
| 10 | | Facsimile: (305) 539-1307 |
| | | |
| 11 | | SARAH JONES (SBN 347368) |
| | | *sjones@bsfllp.com* |
| 12 | | 2029 Century Park East, Suite 1520 |
| | | Los Angeles, CA 90067 |
| 13 | | Telephone: (213) 629-9040 |
| 14 | | Facsimile: (213) 629-9022 |
| 15 | | *Attorneys for Defendant Dreamland Baby Co.* |
| 16 | | |
| 17 | Dated: November 13, 2024 | By: /s/ Zachary Arbitman |
| | | Zachary Arbitman |
| 18 | | George Donnelly |
| 19 | | FELDMAN SHEPHERD |
| | | WOHLGELERNTER TANNER |
| 20 | | WEINSTOCK & DODIG, LLP |
| | | 1845 Walnut Street, 21st Floor |
| 21 | | Philadelphia, PA 19103 |
| | | T: (215) 567-8300 |
| 22 | | F: (215) 567-8333 |
| 23 | | zarbitman@feldmanshepherd.com |
| | | GDONNELLY@FELDMANSHEPHERD.COM |
| 24 | | |
| | | Bart D. Cohen, Esq. |
| 25 | | BAILEY & GLASSER, LLP |
| 26 | | 1622 Locust Street |
| | | Philadelphia, PA 19103 |
| 27 | | (215) 274-9420 |
| | | bcohen@baileyglasser.com |
| 28 | | |

*Attorneys for Plaintiff Victoria Monsch*

Dated: November 13, 2024 By: /s/ *Benjamin Heikali*
Benjamin Heikali
TREEHOUSE LAW, LLP
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Tel: (310) 751-5928
bheikali@treehouselaw.com

Melissa S. Weiner
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Tel: 612-389-0600
Fax: 612-389-0610
mweiner@pwfirm.com

Rachel Soffin*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
rsoffin@milberg.com

Harper T. Segui*
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLP
825 Lowcountry Blvd., Suite 101
Mt. Pleasant, SC 29464
hsegui@milberg.com

*Attorneys for Plaintiff Megan Fehrenbach, Amy Alvarez, Johannah Harrington*

Dated: November 13, 2024 By: /s/ *Ryan J. Clarkson*
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com

|   |   |
|---|---|
|   | CLARKSON LAW FIRM, P.C. |
|   | 22525 Pacific Coast Highway |
|   | Malibu, CA 90265 |
|   | Tel: (213) 788-4050 |
|   | Fax: (213) 788-4070 |
|   |   |
|   | *Attorneys for Plaintiff Tuliisa Miller* |
|   |   |
| Dated: November 13, 2024 | By:  /s/ *Nyran Rose Rasche* |
|   | Nyran Rose Rasche (pro hac vice anticipated) |
|   | Alex Lee (pro hac vice anticipated) |
|   | CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP |
|   | 135 S. LaSalle, Suite 3210 |
|   | Chicago, Illinois 60603 |
|   | Telephone: (312) 782-4880 |
|   | Facsimile: (312) 782-4485 |
|   | nrasche@caffertyclobes.com |
|   | alee@caffertyclobes.com |
|   |   |
|   | *Attorneys for Plaintiff Haley Muse* |

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: November 13, 2024      By: */s/ Scott E. Gant*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____     _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE