1

**BOIES SCHILLER FLEXNER LLP**
Scott E. Gant (*appearing pro hac vice*)
*Sgant@bsfllp.com*
1401 New York Avenue, NW
Washington, DC  20005
Telephone: (202) 895-7566
Facsimile: (202) 237-6131

*Attorney for Defendant Dreamland Baby Co.*
*(Additional counsel listed on signature block)*

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

*IN RE DREAMLAND BABY CO. WEIGHTED SLEEP PRODUCTS LITIGATION*,

This Document Relates To:
All Actions

Master File No. 3:24-CV-02996-CRB

**STIPULATION AND [PROPOSED]**
**ORDER TO AMEND SCHEDULE**

Judge: Hon. Charles R. Breyer

Action Filed:  May 17, 2024

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Dreamland Baby Co. ("Defendant") and Plaintiffs Victoria Monsch, Megan

2    Fehrenbach, Tuliisa Miller, Amy Alvarez, Johannah Harrington, and Haley Muse (collectively,

3    "Plaintiffs") (together, the "Parties"), through their respective counsel, stipulate as follows:

4    WHEREAS, the Parties attended mediation on October 25, 2024;

5    WHEREAS, the Parties continue to engage in settlement discussions;

6    WHEREAS, the upcoming deadline for Defendant to respond to the Consolidated

7    Complaint is November 25, 2024, pursuant to the Court's Order at ECF 47;

8    WHEREAS, the deadline for Plaintiffs to oppose a motion to dismiss the Consolidated

9    Complaint is January 13, 2025, pursuant to the Court's Order at ECF 47;

10    WHEREAS, upcoming holidays and personal calendar conflicts among counsel have

11    created scheduling issues;

12    WHEREAS, the Parties have conferred and propose, subject to Court approval, to extend

13    the deadline for Defendant to respond to the Consolidated Complaint to January 10, 2025 and to

14    extend the deadline for Plaintiffs to oppose a motion to dismiss the Consolidated Complaint to

15    February 28, 2025;

16    NOW THEREFORE, the Parties through their respective counsel and subject to the Court's

17    approval hereby stipulate that:

18    1.    The deadline for Defendant to respond to the Consolidated Complaint is January

19    10, 2025.

20    2.    The deadline for Plaintiffs to oppose a motion to dismiss the Consolidated

21    Complaint is February 28, 2025.

22

23

24    IT IS SO STIPULATED.

25

26

27

28

1   Dated: November 13, 2024                    By:   /s/ *Scott E. Gant*

2                                               SCOTT E. GANT (*appearing pro hac vice*)
                                                BOIES SCHILLER FLEXNER LLP
3                                               *sgant@bsfllp.com*
                                                1401 New York Avenue, NW
4                                               Washington, DC  20005
                                                Telephone: (202) 895-7566
5                                               Facsimile: (202) 237-6131

6                                               JAMES W. LEE (*appearing pro hac vice*)
                                                BOIES SCHILLER FLEXNER LLP
7                                               *jwlee@bsfllp.com*
                                                100 SE Second Street, Suite 2800
8                                               Miami, FL 33131
                                                Telephone: (305) 539-8400
9                                               Facsimile: (305) 539-1307

10

11                                              SARAH JONES (SBN 347368)
                                                *sjones@bsfllp.com*
12                                              2029 Century Park East, Suite 1520
                                                Los Angeles, CA 90067
13                                              Telephone: (213) 629-9040
                                                Facsimile: (213) 629-9022
14

15                                              *Attorneys for Defendant Dreamland Baby Co.*

16

17  Dated: November 13, 2024                    By:   /s/  *Zachary Arbitman*

                                                Zachary Arbitman
18                                              George Donnelly
                                                FELDMAN SHEPHERD
19                                              WOHLGELERNTER TANNER
                                                WEINSTOCK & DODIG, LLP
20                                              1845 Walnut Street, 21st Floor
                                                Philadelphia, PA 19103
21                                              T: (215) 567-8300
                                                F: (215) 567-8333
22                                              zarbitman@feldmanshepherd.com
                                                GDONNELLY@FELDMANSHEPHERD.COM
23

24                                              Bart D. Cohen, Esq.
                                                BAILEY & GLASSER, LLP
25                                              1622 Locust Street
                                                Philadelphia, PA 19103
26                                              (215) 274-9420
                                                bcohen@baileyglasser.com
27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULE

*Attorneys for Plaintiff Victoria Monsch*

Dated: November 13, 2024          By:  /s/  *Benjamin Heikali*
                                       Benjamin Heikali
                                       TREEHOUSE LAW, LLP
                                       2121 Avenue of the Stars, Suite 2580
                                       Los Angeles, CA 90067
                                       Tel: (310) 751-5928
                                       bheikali@treehouselaw.com

                                       Melissa S. Weiner
                                       PEARSON WARSHAW, LLP
                                       328 Barry Avenue S., Suite 200
                                       Wayzata, MN 55391
                                       Tel: 612-389-0600
                                       Fax: 612-389-0610
                                       mweiner@pwfirm.com

                                       Rachel Soffin*
                                       MILBERG COLEMAN BRYSON
                                       PHILLIPS GROSSMAN PLLC
                                       800 S. Gay Street, Suite 1100
                                       Knoxville, TN 37929
                                       Tel: 865-247-0080
                                       rsoffin@milberg.com

                                       Harper T. Segui*
                                       MILBERG COLEMAN BRYSON PHILLIPS
                                       GROSSMAN, LLP
                                       825 Lowcountry Blvd., Suite 101
                                       Mt. Pleasant, SC 29464
                                       hsegui@milberg.com

                                       *Attorneys for Plaintiff Megan Fehrenbach,*
                                       *Amy Alvarez, Johannah Harrington*

Dated: November 13, 2024          By:  /s/  *Ryan J. Clarkson*
                                       Ryan J. Clarkson (SBN 257074)
                                       rclarkson@clarksonlawfirm.com
                                       Bahar Sodaify (SBN 289730)
                                       bsodaify@clarksonlawfirm.com
                                       Alan Gudino (SBN 326738)
                                       agudino@clarksonlawfirm.com

STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE

CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff Tuliisa Miller*

Dated: November 13, 2024          By:  /s/  *Nyran Rose Rasche*

Nyran Rose Rasche (pro hac vice anticipated)
Alex Lee (pro hac vice anticipated)
CAFFERTY CLOBES MERIWETHER  &
SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
nrasche@caffertyclobes.com
alee@caffertyclobes.com

*Attorneys for Plaintiff Haley Muse*

### **ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: November 13, 2024          By: */s/ Scott E. Gant*

STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULE

1

PURSUANT TO STIPULATION, IT IS SO ORDERED

2

Date:  November 14, 2024

HON. CHARLES R. BREYER
3
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5          MASTER FILE NO.: 3:24-CV-02996-CRB
STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE