Zachary Arbitman (admitted *Pro Hac Vice*)
zarbitman@feldmanshepherd.com
**FELDMAN SHEPHERD WOHLGELERNTER**
**TANNER WEINSTOCK DODIG LLP**
1845 Walnut Street, Floor 21
Philadelphia, PA 19103
Telephone: 215-567-8300
Facsimile:  215-567-8333

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE DREAMLAND BABY CO. WEIGHTED SLEEP PRODUCTS LITIGATION,*<br><br>This Document Relates To:<br><br>All Actions | Master File No. 3:24-CV-02996-CRB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Charles R. Breyer |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Victoria Monsch, Megan Fehrenbach, Tuliisa Miller, Amy Alvarez, Johannah Harrington, and Haley Muse (collectively, "Plaintiffs") and Defendant Dreamland Baby Co., through their respective counsel, hereby stipulate to DISMISS WITH PREJUDICE Plaintiffs' individual claims against Defendant Dreamland Baby Co. and DISMISS WITHOUT PREJUDICE claims asserted on behalf of the putative classes defined in Plaintiffs' Consolidated Class Action Complaint. All parties have agreed to bear their own costs.

Date: February 24, 2025

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

| | | |
|---|---|---|
| 1 | DATED: February 24, 2025 | Respectfully Submitted, |
| 2 | /s/ *Zachary Arbitman* | /s/ *Melissa S. Weiner* |
| | Zachary Arbitman | Melissa S. Weiner |
| 3 | George Donnelly | **PEARSON WARSHAW, LLP** |
| | **FELDMAN SHEPHERD** | 328 Barry Avenue S., Suite 200 |
| 4 | **WOHLGELERNTER TANNER** | Wayzata, MN 55391 |
| | **WEINSTOCK & DODIG, LLP** | Tel: 612-389-0600 |
| 5 | 1845 Walnut Street, 21st Floor | Fax: 612-389-0610 |
| | Philadelphia, PA 19103 | mweiner@pwfirm.com |
| 6 | T: (215) 567-8300 | |
| | F: (215) 567-8333 | /s/ *Benjamin Heikali* |
| 7 | zarbitman@feldmanshepherd.com | Benjamin Heikali (SBN 307466) |
| | gdonnelly@feldmanshepherd.com | **TREEHOUSE LAW, LLP** |
| 8 | | 2121 Avenue of the Stars, Suite 2580 |
| | | Los Angeles, CA 90067 |
| 9 | /s/ *Bart D. Cohen* | Tel: (310) 751-5928 |
| 10 | Bart D. Cohen | bheikali@treehouselaw.com |
| | **BAILEY & GLASSER, LLP** | |
| 11 | 1622 Locust Street | /s/ *Rachel Soffin* |
| | Philadelphia, PA 19103 | Rachel Soffin |
| 12 | (215) 274-9420 | **MILBERG COLEMAN BRYSON** |
| | bcohen@baileyglasser.com | **PHILLIPS GROSSMAN PLLC** |
| 13 | | 800 S. Gay Street, Suite 1100 |
| 14 | /s/ *Ryan J. Clarkson* | Knoxville, TN 37929 |
| | Ryan J. Clarkson (SBN 257074) | rsoffin@milberg.com |
| 15 | rclarkson@clarksonlawfirm.com | |
| | Bahar Sodaify (SBN 289730) | /s/ *Harper T. Segui* |
| 16 | bsodaify@clarksonlawfirm.com | Harper T. Segui |
| | Alan Gudino (SBN 326738) | **MILBERG COLEMAN BRYSON** |
| 17 | agudino@clarksonlawfirm.com | **PHILLIPS GROSSMAN, LLP** |
| | **CLARKSON LAW FIRM, P.C.** | 825 Lowcountry Blvd., Suite 101 |
| 18 | 22525 Pacific Coast Highway | Mt. Pleasant, SC 29464 |
| | Malibu, CA 90265 | hsegui@milberg.com |
| 19 | Tel: (213) 788-4050 | |
| 20 | Fax: (213) 788-4070 | *Attorneys for Plaintiffs* |
| 21 | | |
| 22 | /s/ *Nyran Rose Rasche* | /s/ *James W. Lee* |
| | Nyran Rose Rasche | James W. Lee |
| 23 | Alex Lee | **BOIES SCHILLER** |
| | **CAFFERTY CLOBES** | **FLEXNER LLP** |
| 24 | **MERIWETHER** | jwlee@bsfllp.com |
| | **& SPRENGEL LLP** | 100 SE Second Street, Suite |
| 25 | 135 S. LaSalle, Suite 3210 | 2800 |
| | Chicago, Illinois 60603 | Miami, FL 33131 |
| 26 | Telephone: (312) 782-4880 | Telephone: (305) 539-8400 |
| 27 | Facsimile: (312) 782-4485 | Facsimile: (305) 539-1307 |
| | nrasche@caffertyclobes.com | |
| 28 | alee@caffertyclobes.com | *Attorney for Defendants* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28